# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 1, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

150371(67)

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellant,

v

CHARLES ALMANDO-MAURICE DUNBAR,
    Defendant-Appellee.
_____/

SC: 150371
COA: 314877
Muskegon CC: 12-062736-FH

On order of the Chief Justice, the motion of the Criminal Defense Attorneys of Michigan to waive filing fees and extend the time for filing a brief amicus curiae is GRANTED. The amicus brief submitted on August 25, 2015, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 1, 2015



Clerk